ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 1

UNITED STATES DISTRICT COURT
~~NORTHERN DISTRICT OF MISSISSIPPI~~
For The District Of Columbia

Dewayne Dearing
        Plaintiff

Case: 1:19-cv-01225
Assigned To : Unassigned
Assign. Date : 4/25/2019
Description: Pro Se Gen. Civ. (F-DECK)

v.

Wilkinson County Correctional Facility
        Defendant

PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: Dewayne Dearing

   B. Name under which sentenced: Dewayne Dearing

   C. Inmate identification number: 147239

   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): 2999-U.S. Hwy 61 North, Woodville, MS. 39669

   E. Place of confinement: W.C.C.F.

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: Wilkinson County Correctional Facility

   Title (Superintendent, Sheriff, etc.):

   Defendant's mailing address (street or post office box number, city, state, ZIP): 2999-U.S. Hwy 61 North, Woodville, MS. 39669

ND. MISS. FORM P3. COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 2

**Name:** State Of Mississippi
**Title (Superintendent, Sheriff, etc.):** State of Mississippi
**Defendant's mailing address (street or post office box number, city, state, ZIP):** P.O. Box 220 Jackson, Ms. 39201 — Jim Hood Attorney General Office

**Name:** Mississippi Department Of Correction
**Title (Superintendent, Sheriff, etc.):**
**Defendant's mailing address (street or post office box number, city, state, ZIP):** 723-North President Street Jackson, Ms. 39201

**Name:** Offender Denarius ROSCO
**Title (Superintendent, Sheriff, etc.):** Inmate M.D.O.C. No. #169994
**Defendant's mailing address (street or post office box number, city, state, ZIP):** 2999-U.S. Hwy 61 North Woodville, Ms. 39669

(If additional Defendants are named, provide on separate sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment? ☒ Yes ☐ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

    A. Parties to the lawsuit:
       Plaintiff(s): Dewayne Dearing
       Defendant(s): W.C.C.F. / State Of Ms. / M.D.O.C.

    B. Court: _____     C. Docket No.: _____
    D. Judge's Name: _____     E. Date suit filed: _____
    F. Date decided: _____     G. Result (affirmed, reversed, etc.): _____

5. Is there a prisoner grievance procedure or system in the place of your confinement? ☒ Yes ☐ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below). ☒ Yes ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                                    PAGE 3

A. Does the grievance system place a limit on the time within which a grievance must be presented?   ☒ Yes   ☐ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?   ☒ Yes   ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

I have not got an anwser on ARP's yet. Waiting on an anwser from the ARP Director Richard Penninto Pennington.

Special Note: Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

_____
_____
_____
_____
_____

9. Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9:

On Friday March 29th, 2019 Offender/Inmate Denarius Rosco M.D.O.C. N, # 169994 wrote me an note asking me if he could (Masterbate off of my ass) I wrote him back telling him no that he could not Masterbate off of my ass in the shower after then he started writing some more notes and letters saying and stating some more stuff in the letters. I gave the letters/notes to Lt. Gaston and Sgt. Reese who's first names that I do not even know and have at the time. Offender Denarius Rosco 169994 was writing me the letters and notes and sending them to me throu and whole in the wall he will give the letters and notes to another

inmate in cell # 102 who's name is Offender Matthew Chester Tucker M.D.O.C. No. # 157635 and Matthew Chester Tucker would pass the letters and notes to me in cell 103.

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

I would like for The U.S. District Court order Wilkinson County Correctional Facility, The State Of Mississippi, The Mississippi Department Of Correction, and Offender/Inmate Denarius Rosco pay Offender/Inmate Dewayne Dearing seven checks in the sum amount of $999,999 Nine Hundred And Ninety Nine Point Nine Hundred And Ninety Nine GAZillion Dollars $7,595.00 Dollars in cash money and release Offender Dewayne Dearing immediatly from prison and order Offender/Inmate Denarius Rosco to do 6 months to 1 year in a Mental Hop Hospital or Instit Institutional Hospital such as Whitfield or Willow Brook and do whatever Offender Dewayne Dearing ask him to do for him. I Would like for the U.S. District Court give Dewayne Dearing and Denarius Rosco an lie dect ector test.

This Complaint was executed at (location): W.C.C.F.

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 04/11/19

Dewayne Dearing
Plaintiff's Signature

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
__Eastern__ Division

AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

1. I swear or affirm under penalty of perjury as follows:

   A. Because of my poverty, I cannot prepay or give security for the filing fees and costs for my complaint or appeal.

   B. I believe I am entitled to legal redress.

   C. I swear or affirm under penalty of perjury that my answers and responses on this Motion and Affidavit are true and correct. (28 USC § 1746; 18 USC § 1621).

   _Dewayne Dearing_
   Movant's Signature

2. My full name and mailing address are as follows:

   Name: __Dewayne Dearing__
   Address: __2999-U.S. Hwy 61 North__
   __Woodville, MS 39669-2999__

   Tel. No. __601/326/2590__   Date of Birth: __11/11/72__

3. Are you presently employed?   ☐ Yes   ☒ No

   a. If you checked "Yes," state the amount of your salary, wages, or other compensation per month and give the name and address of your employer.

   b. If you checked "No," state the date of your last employment and the amount of the salary, wages, or other compensation you received per month.

4. Have you received with the past 12 months any money from any of the following sources:

   a. Business, profession, or form of self-employment?   ☐ Yes   ☒ No

    b. Rent payments, interest, or dividends? ☐ Yes ☒ No

    c. Pensions, annuities, or life insurance payments? ☐ Yes ☒ No

    d. Gifts or inheritances? ☐ Yes ☒ No

    e. Any other source? ☐ Yes ☒ No

If the answer to any of the above is "Yes," describe each source of money and state the amount you received from each during the past 12 months:

_____

_____

5. Do you own any cash, or do you have any money in a checking or a savings account, including any funds in prison accounts? ☐ Yes ☒ No

If your answer "Yes," state the total value of the items owned: $ _____

6. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

If your answer "Yes," describe the property and state its approximate value: $ _____

7. List the persons who rely on you for support.

| Name | Relationship & Age | Amount you contribute to this person's support |
|---|---|---|
| SELF | | $ |
| | | $ |
| | | $ |

I declare or certify or verify or state under penalty of perjury that the foregoing is true and correct. (28 USC § 1746; 18 USC § 1621).

Date: 04/11/19

Dewayne Dearing
Movant's Signature

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

Dearing
(Last Name)            (Identification Number)

Dear Dewayne
(First Name)            (Middle Name)

Wilkinson County Corr. Facility
(Institution)

2999 U.S. Hwy 61 North  Woodville, MS.
                                        39669
(Address)
*(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)*

v.

W.C.C.F.

State Of Mississippi

Ms. Dept. Of Correction

Denarius Rosco

*(Enter above the full name of the defendant or defendants in this action)*

CIVIL ACTION NUMBER: _____
(to be completed by the Court)

### OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.  Have you ever filed any other lawsuits in a court of the United States?   Yes (X)  No ( – )

B.  If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: Wilkinson County Correctional Facility, The Great State Of Mississippi, The Mississippi Department Of Correction, and Offender/Inmate Denarius Rosco

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): _____

1

Disposition (is ?exam? pending?) ... ... what grounds? Was it appealed? is it still ...

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: DeWayne Dearing   Prisoner Number: 147239
Address: 2999-U.S. Hwy 61 North / P.O. Box 1889
Woodville, MS. 39669-2999 or 1889
1-601-326-2590

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Wilkison County Correctional Facility is employed as Prison at 2999-U.S. Hwy 61 North Woodville, MS. 39669 / 601-326-2590

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: DeWayne Dearing   ADDRESS: 2999-U.S. Hwy 61 North Woodville, MS. 39669-2999

DEFENDANT(S):

NAME: W.C.C.F.   ADDRESS: 2999-U.S. Hwy 61 N. Woodville, MS.
State Of MS.   P.O. Box 220 Jackson, MS. 39201
M.D.O.C.   723-N. President St. Jackson, MS.
Denarius Rosco   2999-U.S. Hwy 61 N. Woodville, MS.
M.D.O.C. 169994

DEFENDANT(S):

NAME:

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes (X)   No ( )

B. Are you presently incarcerated for a parole or probation violation?

Yes (X)   No ( )

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes (X)   No ( )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

A. Yes ( )e oNo(inci) at compla'   cerated because you had been convicted of a crime?

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes (X)   No ( ), if so, state the results of the procedure: _____

Yes ( )   No ( )

E. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

Yes (X)   No ( )

2. State how your claims were presented (written request, verbal request, request for forms): _handwriten ARP_

3. State the date your claims were presented: _April 07th, 2019_

4. State the result of the procedure: _None_

1. Did you present the fact...
Yes ( ) No ( )

2. State how your claims w... request, request for forms): 

State ...

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

On Friday March 29th, 2019 Offender Denarius Rosco M.D.O.C. #169994 wrote me an letter/note asking me if he could masterbate off of my ass in the shower when we do get in to the shower. I wrote him back and told him no that he could not masterbate off of my ass when we do get in to the shower when we do come out to the shower. He also started sending me some other letters also when we do take showers we got to be locked up in the showers side by side we only take showers on Monday, Wednesday, & Friday.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I would like for The U.S. District Court order the defendants pay Offender/Inmate Dewayne Dearing seven checks in the sum amount of $999.999 Nine Hundred And Ninety Nine Point Nine Hundred And Ninety Nine GAZillion Dollars $7,595.00 Dollars in cash money and release Dewayne Dearing from prison.

Signed this 11 day of April, 20 19

Dewayne Dearing 147239
2999-U.S. Hwy 61 North
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

04/11/19
(Date)

Signature of plaintiff

4