# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:19–cv–01225–UNA

DEARING v. WILKINSON COUNTY CORRECTIONAL FACILITY  
Assigned to: Unassigned  
Cause: 42:1983 Prisoner Civil Rights  

Date Filed: 04/25/2019  
Jury Demand: None  
Nature of Suit: 550 Prisoner Petition: Civil Rights (Other)  
Jurisdiction: Federal Question  

**Plaintiff**

**DEWAYNE DEARING**       represented by   **DEWAYNE DEARING**  
R#147239  
MISSISSIPPI STATE PENITENTIARY  
2999 U.S. Hwy 61 North  
Woodville, MS 39669  
PRO SE  

V.

**Defendant**

**WILKINSON COUNTY CORRECTIONAL FACILITY**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2019 | Ï | **Initiating Pleading & IFP Application Received on 04/25/2019.** A copy of the docket sheet has been mailed to the address of record for the pro se party. (zsb) (Entered: 04/18/2019) |
| 04/25/2019 | Ï 1 | COMPLAINT against WILKINSON COUNTY CORRECTIONAL FACILITY filed by DEWAYNE DEARING. (Attachment: # 1 Exhibit)(zsb) (Entered: 04/18/2019) |
| 04/25/2019 | Ï 2 | MOTION for Leave to Proceed in forma pauperis by DEWAYNE DEARING (zsb) (Entered: 04/18/2019) |
| 11/13/2019 | Ï 3 | ORDER TRANSFERRING PRO SE CASE to the USDC for the Southern District of Mississippi. Pro Se party has been notified by first class mail. Transfer due by 12/3/2019. Signed by Judge Tanya S. Chutkan on 11/08/2019. (zsb) (Entered: 11/14/2019) |